**\*E-FILED\***
**October 24, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>J & E MECHANICAL, INC.,<br><br>Defendant. | No. C 06-1260 RS<br><br>**ORDER CLOSING CASE IN VIEW OF BANKRUPTCY STAY** |

This action has been stayed by defendant's bankruptcy proceedings. Therefore, the case is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay has been lifted. The clerk is directed to close the case.

IT IS SO ORDERED.

Dated: October 24, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Michael Joseph Carroll    mjcarrll@pacbell.net, sharon@erskinetulley.com

Laurence J. McEvoy    general@clayton-mcevoy.com, ljm@clayton-mcevoy.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 24, 2007

                                          /s/ BAK
                                          Chambers of Magistrate Judge Richard Seeborg